SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Maricela Moreno, et al,<br><br>    Defendants | Case No. **2:11-cv-02709-JAM-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF MARIA R. RAMIREZ**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant, Maria R. Ramirez, is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date:  12/2/2011

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02709-JAM-DAD- 1

PDF created with pdfFactory trial version www.pdffactory.com